NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
BRENDAN T. MOCKLER
Assistant United States Attorney
Chief, Financial Litigation Section
ZORAN J. SEGINA (CBN 129676)
Assistant United States Attorney

      Federal Building, Suite 7516
      300 North Los Angeles Street
      Los Angeles, California 90012
      Telephone: (213) 894-6606
      Facsimile: (213) 894-5900
      E-mail: zoran.segina@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. MC 20-00026-UA |
|     Plaintiff, | **CONSENT JUDGMENT** |
|     v. | |
| CHARLES TENDELL, | |
|     Defendant. | |

*See Order Re Ex Parte Application By the United States to Strike the Pages filed April 2, 2020.
(United States' Ex Parte Application Dkt. No. 4.)

Having Considered the Parties' Stipulation to Entry of Consent Judgment and good cause appearing,

IT IS ORDERED THAT:

1.      On September 30, 2019, the United States Attorney's Office for the Central District of California ("USAO") and Charles Tendell ("Defendant") (collectively, "Parties") entered into a Diversion Asset Agreement out of a mutual desire to preserve and/or liquidate Defendant's assets to satisfy a debt owed to the United States based on certain revenue the Defendant agreed to disgorge in the Diversion Asset Agreement executed by the Parties on September 27, 2019.

2.      As expressly set forth in the Diversion Asset Agreement, the Defendant consents to the immediate entry of judgment.

3.      Judgment shall enter in favor of the United States and against the Defendant in the amount of $103,905 ("Judgment Amount"), without interest. Any stay of enforcement of this judgment under Rule 62(a) of the Federal Rules of Civil Procedure is waived.

4.      Beginning on the first of the month immediately after the month in which the Consent Judgment is entered in this case, the Defendant shall pay $432 every month for 240 months.  All payments shall be made by certified check or money order (no personal checks) payable to "Clerk, U.S. District Court," identify the case name and number on the "memo" line, and delivered to: United States District Court, Fiscal Department, 255 East Temple Street, Room 1178, Los Angeles, CA 90012.  Upon receipt, the Clerk of Court shall pay all amounts to the Crime Victims Fund.  This Consent Judgment shall serve as an order to the Clerk's Office to pay such amounts to the Crime Victims Fund.

5.      The judgment debt will be referred to the Treasury Offset Program and the United States will record abstracts of judgement where Defendant has, or may acquire,

///

property. As long as the Defendant makes the required monthly payment for 240 months, the United States will take no other enforcement action.

6.     The Defendant shall have a ten-calendar-day grace period to cure any payment default. If the default is not cured within such time, the United States may seek to enforce the stipulated Consent Judgment by all legal remedies applicable to a civil judgment.

7.     Within 10 days of the entry of the stipulated Consent Judgment in this matter, Defendant shall deliver a complete, accurate and truthful Financial Disclosure Statement (attached hereto), along with all supportive documents, to the USAO by email to usacac.FinLit@usdoj.gov.

IT IS SO ORDERED.

Dated:  April 2, 2020

_____

UNITED STATES DISTRICT JUDGE

The United States of America is authorized to inquire about your financial condition and economic circumstances, and may verify any information provided in this statement.

This statement is considered incomplete unless you have (1) completed each section fully and accurately, including those sections applicable to your spouse, (2) provided all supportive documentation in your custody, possession and control identified in Section 17 of this disclosure statement, and (3) certified that the information contained herein is true and correct as of the date that you submit this form to the United States Attorney's Office as set forth in the attached Certification.

## SECTION 1: PERSONAL IDENTIFICATION –DEBTOR

| First Name: | Middle Name: | Last Name: | Male ☐     Female ☐ |
|---|---|---|---|
| Other Names Used: | | Social Security No: | Date of Birth: | Driver's Lic. No/State: |

| Home Address (*Street, City, State & Zip Code*): | Years at Address: |
|---|---|
| | Rent ☐     Own ☐ |

If renting, to whom do you pay rent? (*Name, Address, Phone Number*)

Do you plan to move from this residence?　　Yes ☐　　No ☐　　If yes, when?
If yes, where to?

Mailing Address (If Different from Residence/Home Address):

| Home Telephone: | Cellular Telephone: | Work Telephone (incl. ext.): | Other Telephone: |
|---|---|---|---|

All E-Mail Address(es) used by you:

All social media account(s) used by you:

| Do you possess a passport?　Yes ☐　　No ☐ | If yes, Country of Issue: | If yes, Date Issued: | Passport Number: |
|---|---|---|---|
| Where is the passport? | | Are you a United States Citizen?　Yes☐　No☐ | |

## SECTION 2: MARITAL STATUS-DEBTOR

| ☐Single (Never Married) | ☐ Married  As of: | ☐ Legally Separated  As of: | ☐ Divorced  As of: | ☐ Widowed  As of: |
|---|---|---|---|---|
| Do you or your spouse receive (check all that apply):　　Alimony ☐　　Child Support ☐　　Voluntary Payments ☐ | | | | |
| Alimony Amount:  Source: | Child Support Amount:  Source: | | Voluntary Payment Amount:  Source: | |

My response(s) on this page are current, accurate, and complete as of the date that I submit this Financial Disclosure Statement to the United States Attorney's Office, under penalty of perjury.  Debtor's Initials:_____

## SECTION 3:   PERSONAL IDENTIFICATION- SPOUSE

| First Name: | Middle Name: | Last Name: | Male ☐     Female ☐ |
|---|---|---|---|
| Other Names Used: | | Social Security No: | Date of Birth: | Driver's Lic. No./State: |

| Home Telephone: | Cellular Telephone: | Work Telephone (incl. ext.): | Other Telephone: |
|---|---|---|---|

E-Mail Address(es):

| Home Address (*If different from you*): | Years at Address: |
|---|---|
| | Rent ☐      Own ☐ |

If renting, to whom does s/he pay rent? (*Name, Address, Phone Number*)

## SECTION 4:   ADULT FAMILY MEMBERS/ RELATIVES –DEBTOR

| Father's First Name: | Father's Last Name: | Mother's First Name: | Mother's Last Name: |
|---|---|---|---|
| Address: | | Address: | |
| Sibling's First Name: | Sibling's Last Name: | Sibling's First Name: | Sibling's Last Name: |
| Address: | | Address: | |
| Sibling's First Name: | Sibling's Last Name: | Sibling's First Name: | Sibling's Last Name: |
| Address: | | Address: | |
| Adult Child's First Name: | Adult Child's Last Name | Adult Child's First Name: | Adult Child's Last Name: |
| Address: | | Address: | |
| | | | |
| Adult Child's First Name: | Adult Child's Last Name: | Adult Child's First Name: | Adult Child's Last Name: |
| Address: | | Address: | |

List name(s) and address(es) of ALL DEPENDENTS who live or do not live with you:

| Name (*include address if dependent **does not** live with you*) | Date of Birth | Relationship |
|---|---|---|
| | | |
| | | |
| | | |

My response(s) on this page are current, accurate, and complete as of the date that I submit this Financial Disclosure Statement to the United States Attorney's Office, under penalty of perjury.  Debtor's Initials:_____

## SECTION 5:   EMPLOYMENT DATA–DEBTOR

| Do you have a job?<br>Yes ☐ No ☐ | Self-Employed:<br>Yes ☐ No ☐ | Occupation: | Job Title: | Start Date: |
|---|---|---|---|---|
| Employer's Name: | | Supervisor/Manager: | Supervisor E-mail: | |
| Employer's Address: | | | Supervisor Tel. Number: | |
| Pay period: Weekly ☐        Bi-weekly ☐        Monthly ☐        Other (explain) ☐ | | | | |

Additional and/or Previous Employment within past five (5) years:

| Dates | Occupation | Employer's Name and Address | Employer E-mail/Phone |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Debtor's Income to Date – Gross Annual Earnings from Employment (including bonuses, awards, etc.):

| 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|
| | | | | |

## SECTION 6:   BUSINESS INTERESTS – DEBTOR

**Within the last five years, have you owned and/or controlled any business or businesses? Yes ☐ No ☐**

If yes, please provide the following information:

| Business Name: | | Business Address: | |
|---|---|---|---|
| Current Status of Business: | Business Purpose: | Ownership Percentage: | Date Ownership Acquired: |
| List each position held and duties performed: | | | Federal Tax ID No.: |

| Gross Revenue 2019 | Gross Revenue 2018 | Gross Revenue 2017 | Gross Revenue 2016 | Gross Revenue 2015 |
|---|---|---|---|---|
| | | | | |
| Net Earnings 2019 | Net Earnings 2018 | Net Earnings 2017 | Net Earnings 2016 | Net Earnings 2015 |
| | | | | |

| Registered Agent Name and Address: | Form of Business *(Corp., Partnership, Sole-Proprietorship, etc.)*: |
|---|---|

Please make a copy of this page and use additional sheets, as required, if you have additional businesses to disclose.

My response(s) on this page are current, accurate, and complete as of the date that I submit this Financial Disclosure Statement to the United States Attorney's Office, under penalty of perjury.  Debtor's Initials:_____

## SECTION 7: EMPLOYMENT DATA – SPOUSE

| Does s/he have a job?<br>Yes ☐ No ☐ | Self-Employed:<br>Yes ☐ No ☐ | Occupation: | Job Title: | Start Date: |
|---|---|---|---|---|
| Employer's Name: | | | Supervisor/Manager: | Supervisor E-mail: |
| Employer's Address: | | | | Supervisor Tel. Number: |
| Pay period: Weekly ☐     Bi-weekly ☐     Monthly ☐     Other (explain) ☐ | | | | |

Additional and/or Previous Employment within past five (5) years:

| Dates | Occupation | Employer's Name and Address | Employer E-mail/Phone |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Spouse's Earnings – Gross Annual Salary from Employment (including bonuses, awards, etc.)

| 2019 | 2018 | 2017 | 2016 | 2015 |
|---|---|---|---|---|
| | | | | |

## SECTION 8: BUSINESS INTERESTS – SPOUSE

**Within the last five years, has s/he owned and/or controlled any business or businesses? Yes ☐ No ☐**

If yes, please provide the following information regarding the business:

| Business Name: | | Business Address: | |
|---|---|---|---|
| Current Status of Business: | Business Purpose: | Ownership Percentage: | Date Ownership Acquired: |
| List each position held and duties performed: | | | Federal Tax ID No.: |

| Gross Revenue 2019 | Gross Revenue 2018 | Gross Revenue 2017 | Gross Revenue 2016 | Gross Revenue 2015 |
|---|---|---|---|---|
| | | | | |
| Net Earnings 2019 | Net Earnings 2018 | Net Earnings 2017 | Net Earnings 2016 | Net Earnings 2015 |
| | | | | |

| Registered Agent Name and Address: | Form of Business *(Corp., Partnership, Sole-Proprietorship, etc.)*: |
|---|---|

Please make a copy of this page and use additional sheets, as required, if you have additional businesses to disclose.

My response(s) on this page are current, accurate, and complete as of the date that I submit this Financial Disclosure Statement to the United States Attorney's Office, under penalty of perjury. Debtor's Initials:_____

## SECTION 9:    INCOME/EXPENSE SHEET – COMBINED HOUSEHOLD FOR DEBTOR AND SPOUSE

This is an estimate of your <u>MONTHLY</u> earnings and bills/obligations.

| | Debtor | Spouse | | Household |
|---|---|---|---|---|
| Net Income from Wages: | | | Rent/Mortgage: | |
| Net Earnings from Business: | | | Property Taxes: | |
| Rental Income: | | | Mortgage on other properties: | |
| Interest Income: | | | Vehicle Payment -1: | |
| Dividend Income: | | | Vehicle Payment -2: | |
| Monetary Gifts: | | | Gasoline: | |
| Alimony: | | | Alimony: | |
| Child Support: | | | Child Support: | |
| Unemployment Income: | | | Automobile Insurance: | |
| AFDS and/or Food Stamps: | | | Health Insurance: | |
| Pension Income: | | | Medical Expenses: | |
| Other Retirement Income: | | | Groceries: | |
| Social Security Income: | | | Electricity: | |
| Disability Insurance Income: | | | Natural Gas: | |
| Payments from Trusts: | | | Water/Sewage: | |
| Other Monthly Income (explain): | | | Home Telephone: | |
| | | | Cellular Telephone: | |
| | | | Cable/Satellite TV: | |
| | | | Internet: | |
| | | | Tuition: | |
| | | | Other Expenses (explain): | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL INCOME PER MONTH:** | | | **TOTAL MONTHLY EXPENSES:** | |

My response(s) on this page are current, accurate, and complete as of the date that I submit this Financial Disclosure Statement to the United States Attorney's Office, under penalty of perjury.  Debtor's Initials:_____

## SECTION 10: ASSETS – DEBTOR AND SPOUSE

### *SUBPART A: BANK, CREDIT UNION, FINANCIAL INSTITUTION, ACCOUNTS*

**Do you have ANY accounts at ANY financial institution? Yes ☐ No ☐**      If yes, you are required to disclose all financial accounts to which you have **access**, whether personal or business, including, without limitation, the following: Checking Accounts, Savings Accounts, Certificates of Deposit, Investment Accounts, Stocks, Bonds, Mutual Funds, Cryptocurrency Accounts, IRA, KEOGH, 401(k), TSP, and/or other Retirement Accounts.

| Name of Financial Institution | I – Individual Acct J – Joint Account | | Type of Account | Account Number | Current Balance |
|---|---|---|---|---|---|
| | ☐ -I | ☐ -J | | | |
| | ☐ -I | ☐ -J | | | |
| | ☐ -I | ☐ -J | | | |
| | ☐ -I | ☐ -J | | | |
| | ☐ -I | ☐ -J | | | |
| | ☐ -I | ☐ -J | | | |
| | ☐ -I | ☐ -J | | | |
| | ☐ -I | ☐ -J | | | |

### *SUBPART B: LIFE INSURANCE*

**Are you insured with and/or the beneficiary of any life insurance policy? Yes ☐ No ☐**

| | | |
|---|---|---|
| Identity of Insured: *(e.g. Debtor/Spouse/Parents)* | | |
| Name of Beneficiary: *(e.g. Debtor/Spouse/Parents)* | | |
| Name of Insurance Company: | | |
| Address of Insurance Company: | | |
| Type of Policy: *(e.g. Whole/Term/Universal/Variable)* | | |
| Face Amount of Policy: | | |
| Total Cash Surrender Value: | | |
| Total Loans Against Policy: | | |
| Yearly Premium: | | |
| To Whom Policy Assigned: | | |

My response(s) on this page are current, accurate, and complete as of the date that I submit this Financial Disclosure Statement to the United States Attorney's Office, under penalty of perjury. Debtor's Initials:_____

## SECTION 11:  ASSETS – DEBTOR AND SPOUSE (Continued)
### SUBPART A.      FAIR MARKET VALUE OF ALL REAL ESTATE

**Do you, your spouse and/or any businesses identified in Sections 6 and/or 8 own any real estate? Yes ☐   No ☐**

**If yes, how many real properties? _____**

If yes, list all property owned by you, your spouse and/or any businesses identified in Section 6 or Section 8.

| 1st Property Address: | | Name on Title/Deed and Ownership Percentages: | |
|---|---|---|---|
| Description of Property: | Purchase Price: | Current Fair Market Value: | Basis of Valuation: |
| Date Acquired: | Gross Mortgage Amount: | Unpaid Mortgage Amount: | Monthly Mortgage Payment: |
| Name and Address of Mortgage Holder: | | | Mortgage Loan Acct. No.: |
| Lien Amount (other than 1st mortgage): | Monthly Lien Payment: | | Lien Account Number: |
| Name and Address of Lien Holder: | | | Rental Income (if any) |

| 2nd Property Address: | | Name on Title/Deed and Ownership Percentages: | |
|---|---|---|---|
| Description of Property: | Purchase Price: | Current Fair Market Value: | Basis of Valuation: |
| Date Acquired: | Gross Mortgage Amount: | Unpaid Mortgage Amount: | Monthly Mortgage Payment: |
| Name and Address of Mortgage Holder: | | | Mortgage Loan Acct. No.: |
| Lien Amount (other than 1st mortgage): | Monthly Lien Payment: | | Lien Account Number: |
| Name and Address of Lien Holder: | | | Rental Income (if any) |

**Do you, your spouse and/or any businesses identified in Sections 6 and/or 8 have real estate under contract pending to be purchased or sold? Yes ☐ No ☐**

| Property Address: | | Name of Seller/Buyer: | |
|---|---|---|---|
| Description of Property: | Contract Price: | Principal Amount Owed/Due: | Date of Next Payment: |

Please make a copy of this page and use additional sheets, as required, if you have additional properties to disclose.

My response(s) on this page are current, accurate, and complete as of the date that I submit this Financial Disclosure Statement to the United States Attorney's Office, under penalty of perjury.  Debtor's Initials:_____

## SECTION 11:  ASSETS – DEBTOR AND SPOUSE -- (Continued)

### SUBPART B.      AUTOMOBILE, TRUCKS, BOATS, AIRPLANES, AND OTHER VEHICLES

Do you, your spouse and/or any businesses identified in Section 6 and/or 8 possess any vehicles? Yes ☐ No ☐
If yes, how many? _____     If yes, provide details. Use additional pages if necessary:

|  | | 1st Vehicle | 2nd Vehicle | 3rd Vehicle |
|---|---|---|---|---|
|  | Vehicle Type | | | |
|  | Make/Model/Year | | | |
|  | Registered Owner's Name | | | |
|  | VIN/HIN/N-number | | | |
|  | Registration State | | | |
|  | State Registration or License Plate Number | | | |
|  | Vehicle Location | | | |
|  | Date Acquired | | | |
|  | Lease or Own | | | |
| If you **OWN** the vehicle, state: | Purchase Price | | | |
| | Current Value | | | |
| | Lender's Name | | | |
| | Loan Account No. | | | |
| | Original Loan Amt. | | | |
| | Current Loan Balance | | | |

### SUBPART C.      OTHER ASSETS

All other assets, including but not limited to, cash, pre-paid cash cards, gold coins, collectibles, fine jewelry,
antiques, patents, copyrights, mineral rights, oil rights, etc.? Yes ☐   No ☐   If Yes, provide details:

| Type of Asset | Legal Owner Name | Asset Location | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

My response(s) on this page are current, accurate, and complete as of the date that I submit this Financial Disclosure
Statement to the United States Attorney's Office, under penalty of perjury.  Debtor's Initials:_____

## SECTION 12: QUESTIONS REGARDING ASSETS

| QUESTION | RESPONSE FOR DEBTOR | (if applicable) RESPONSE FOR SPOUSE |
|---|---|---|
| A. Do you and/or your spouse own or hold any securities not listed above? *(If yes, in the space below, identify the type of stock, number of shares owned, and estimated value.)* | Yes ☐  No ☐ | Yes ☐  No ☐ |
| | | |
| | | |
| B. Are you and/or your spouse a board member, officer, or director of any corporation? *(If yes, in the space below, provide details, including name and address of corporation, term of service, and compensation received.)* | Yes ☐  No ☐ | Yes ☐  No ☐ |
| | | |
| | | |
| C. Are you and/or your spouse a partner in any partnership? *(If yes, in the space below, provide details, i.e., name and address of the partnership, identify all partners, and percentage of partnership.)* | Yes ☐  No ☐ | Yes ☐  No ☐ |
| | | |
| | | |
| D. Are you and/or your spouse involved in a lawsuit in which you seek monetary compensation? *(If yes, in the space below, provide details re: the name of the lawsuit, Court, Case Number, your attorney's name and contact information, and the amount of your claim.)* | Yes ☐  No ☐ | Yes ☐  No ☐ |
| | | |
| | | |
| E. Do you and/or your spouse have any pending contractual claims, legal claims, and/or insurance claims for monetary compensation? *(If yes, provide details re: the type(s) of claim(s), value of claim(s), and details on compensation.)* | Yes ☐  No ☐ | Yes ☐  No ☐ |
| | | |
| | | |
| F. Are you and/or your spouse the Executor or Beneficiary of anyone's will and testament? *(If yes, in the space below, provide details.)* | Yes ☐  No ☐ | Yes ☐  No ☐ |
| | | |
| | | |
| G. Are you and/or your spouse the Trustor, Trustee, and/or Beneficiary of any Trust? *(If yes, in the space below, provide details.)* | Yes ☐  No ☐ | Yes ☐  No ☐ |
| | | |
| | | |

My response(s) on this page are current, accurate, and complete as of the date that I submit this Financial Disclosure Statement to the United States Attorney's Office, under penalty of perjury. Debtor's Initials:_____

| QUESTION | RESPONSE FOR DEBTOR | (if applicable) RESPONSE FOR SPOUSE |
|---|---|---|
| H. Have you and/or your spouse placed any assets in any Trust in the last five (5) years? *(If yes, in the space below, provide details.)* | Yes ☐  No ☐ | Yes ☐  No ☐ |
| | | |
| | | |
| I. Do you and/or your spouse have any lease agreements with tenants for any of your real estate properties? *(If yes, in the space below, provide details.)* | Yes ☐  No ☐ | Yes ☐  No ☐ |
| | | |
| | | |
| | | |
| J. Have you, your spouse, and/or your dependents received any gifts valued over $5,000 in the last three (3) years? *(If yes, in the space below, provide details.)* | Yes ☐  No ☐ | Yes ☐  No ☐ |
| | | |
| | | |
| K. Has anyone or any entity extended a loan to you and/or your spouse valued over $1,000 in the last three (3) years? *(If yes, in the space below, provide details.)* | Yes ☐  No ☐ | Yes ☐  No ☐ |
| | | |
| | | |
| L. Do you and/or your spouse have a safe or safe deposit box where you keep valuables? *(If yes, in the space below, provide details on the location of the safe and/or safe deposit box and the value of the contents.)* | Yes ☐  No ☐ | Yes ☐  No ☐ |
| | | |
| | | |
| M. Have you and/or your spouse filed for bankruptcy in the last ten (10) years? *(If yes, in the space below, provide case number, attorney's name.)* | Yes ☐  No ☐ | Yes ☐  No ☐ |
| | | |
| | | |
| N. Are your wages and/or your spouse's wages under garnishment at this time? *(If yes, provide details - By whom? How often? How much? For what purpose?)* | Yes ☐  No ☐ | Yes ☐  No ☐ |
| | | |
| | | |

My response(s) on this page are current, accurate, and complete as of the date that I submit this Financial Disclosure Statement to the United States Attorney's Office, under penalty of perjury. Debtor's Initials:_____

| QUESTION | RESPONSE FOR DEBTOR | (if applicable) RESPONSE FOR SPOUSE |
|---|---|---|
| O. Have you and/or your spouse used any mobile payment apps (*e.g.* PayPal, Venmo, Square Cash, Google Wallet, Apple Pay, etc.) in the last three (3) years? (*If yes, provide details -- Which apps? How often? How much? For what purpose?*) | Yes ☐  No ☐ | Yes ☐  No ☐ |
| | | |
| | | |

## SECTION 13: TAXES – DEBTOR AND SPOUSE

**Did you and/or your spouse file Tax Returns in any of the last three (3) years?  Yes ☐  No ☐**

(*If yes, mark each box that applies to your Tax Returns from the years requested below.*)

| 2018 | Debtor | Spouse | 2017 | Debtor | Spouse | 2016 | Debtor | Spouse |
|---|---|---|---|---|---|---|---|---|
| Federal Tax Returns: | ☐ | ☐ | Federal Tax Returns: | ☐ | ☐ | Federal Tax Returns: | ☐ | ☐ |
| State Tax Returns: | ☐ | ☐ | State Tax Returns: | ☐ | ☐ | State Tax Returns: | ☐ | ☐ |
| Foreign Tax Returns: | ☐ | ☐ | Foreign Tax Returns: | ☐ | ☐ | Foreign Tax Returns: | ☐ | ☐ |
| Individual Returns: | ☐ | ☐ | Individual Returns: | ☐ | ☐ | Individual Returns: | ☐ | ☐ |
| Joint Returns: | ☐ | ☐ | Joint Returns: | ☐ | ☐ | Joint Returns: | ☐ | ☐ |
| Business Returns: | ☐ | ☐ | Business Returns: | ☐ | ☐ | Business Returns: | ☐ | ☐ |
| Trust Returns: | ☐ | ☐ | Trust Returns: | ☐ | ☐ | Trust Returns: | ☐ | ☐ |
| Refund:  Yes ☐  No ☐ | | | Refund:  Yes ☐  No ☐ | | | Refund:  Yes ☐  No ☐ | | |
| Amount of Refund: | | | Amount of Refund: | | | Amount of Refund: | | |

## SECTION 14: TRANSFERS/GIFTS/LOANS-DEBTOR AND SPOUSE

**Have you and/or your spouse transferred ownership of any funds, and/or real or personal property worth $10,000 or more within the last three (3) years, not otherwise identified on this disclosure statement?  Yes ☐  No ☐**

| Date | Value ($) | Property Transferred | From | To |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

My response(s) on this page are current, accurate, and complete as of the date that I submit this Financial Disclosure Statement to the United States Attorney's Office, under penalty of perjury.  Debtor's Initials:_____

## SECTION 15: FAVORABLE JUDGMENTS AND SETTLEMENTS – DEBTOR AND SPOUSE

**Have you received a settlement or favorable judgment in the last five (5) years? Yes ☐      No ☐**

| Date of Judgment | Name of Court of Judgment | Name, Address and Telephone Number of Opposing Party | County/State of Judgment | Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## SECTION 16: LIABILITIES – DEBTOR

Provide the following information regarding your outstanding debts:

| Type of Debt | Creditor | Contact Information | Account Number | Balance |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

My response(s) on this page are current, accurate, and complete as of the date that I submit this Financial Disclosure Statement to the United States Attorney's Office, under penalty of perjury.  Debtor's Initials:_____

## SECTION 17: REQUIRED COPIES OF FINANCIAL RECORDS, ASSETS, AND LIABILITIES

In connection with this financial disclosure statement, you are required to produce to the United States Attorney's Office for the Central District of California the following documentation in your possession, custody, and/or control. **Please Check Each Type of Document in your possession, custody and/or control and submit copies with this disclosure.**

☐ **Employment Income** – Paystubs for the last twelve (12) pay periods for you and/or your Spouse for all employment identified in *Section 5* and/or *Section 7*.

☐ **Business Records** –For each and every business in which you (and/or your spouse) have had any ownership interest (excluding any publically traded businesses) in the last three (3) years, including, without limitation, any business(es) identified in *Section 6* and/or *Section 8*, provide all Profit and Loss Statements, Balance Sheets, and Cash Flow Statements for the last twelve (12) months.

☐ **Non-Employment Income** – Statements for the past twelve (12) months reflecting income received (and/or your spouse) from any source other than employment, including without limitation, those sources identified in *Section 6*, *Section 8*, *Section 9* and/or *Section 11*.

☐ **Government Benefits** – Statement for the last twelve (12) months reflecting any government benefits received by you, including without limitation, any benefits identified in *Section 9*.

☐ **Credit Cards** –Statements for the past twelve (12) months for all of your (and/or your spouse's) credit cards, including without limitation any identified in *Section 9* and/or *Section 16*.

☐ **Bills/Expenses** – Statements for the last twelve (12) months establishing all monthly expenses identified in *Section 9* and/or *Section 16*.

☐ **Financial Account Statements** – Account Statements and copies of canceled checks for the past twenty-four (24) months for all financial accounts you (and/or your spouse) access including, without limitation, those identified in *Section 10, Subpart A*.

☐ **Life Insurance** – Copies of the life insurance policies identified in *Section 10, Subpart B*.

☐ **Mortgage Statements** – Monthly statements for the last twelve (12) months for all mortgages either (a) paid by you (and/or your spouse) regardless of how the property is held, and/or (b) on all properties identified in *Section 11, Subpart A*.

☐ **Real Property Lease Agreements** – For each and every real property on which you (and/or your spouse) collect or pay rent, provide a copy of the rental (lease) agreement, including without limitation any properties identified in *Section 11, Subpart A* and/or *Section 12, Question B*.

(list continued on the next page. . .)

My response(s) on this page are current, accurate, and complete as of the date that I submit this Financial Disclosure Statement to the United States Attorney's Office, under penalty of perjury. Debtor's Initials:_____

☐     **Vehicles –** Title(s) and Registration certificate(s) for all motor vehicles, aircraft and watercraft owned and/or leased by you (and/or your spouse), including without limitation those identified in *Section 11, Subpart B*.

☐     **Investments –** Quarterly statements for the last four (4) quarters for all investment accounts, in which you (and/or your Spouse) have an ownership interest, including, without limitation, those identified in *Section 11, Subpart A* and/or *Section 12, Question A*.

☐     **Lawsuits –** All complaints and judgments in any civil lawsuit in which you are a party including, without limitation, those identified in *Section 12, Question D*.

☐     **Trusts –** For each and every trust for which you are a trustor, trustee, and/or beneficiary including, without limitation, those identified in *Section 12, Question G*, provide all trust agreements, trust tax returns for last three (3) years, a list of the original and the current trust assets and their values, trust bank account statements for the last twelve (12) months, and all documents showing disbursements from the trusts (for the past 3 years).

☐     **Personal Property –** Documents reflecting the transfer of ownership of any personal property valued at $5,000 or more within the last three (3) years, including without limitation, those transfers identified in *Section 12, Question J* and/or *Section 14*.

☐     **Loan Applications –** All applications submitted by you (and/or your spouse) to obtain a loan within the last three (3) years, including, without limitation, those identified in *Section 12, Question K*.

☐     **Tax Returns –** Federal and State tax returns for the last three (3) years, filed by you and/or your spouse identified in *Section 13* and/or any business identified in *Section 6* and/or *Section 8*. Alternatively, you may complete the attached IRS Form 8821 and deliver it with this disclosure.

☐     **Documents Supporting Tax Returns –** All supporting schedules, W-2 Forms, 1099s, and other documents related to the Federal and State tax returns for the past three (3) years filed by you and/or your spouse identified in *Section 13*, and/or any business identified in *Section 6* and/or *Section 8*.

☐     **Promissory Notes –** All promissory notes reflecting that you (and/or your spouse) is a payee owed a sum of money now or in the future.

☐     **Certification Under Penalty of Perjury Form -** You **must** sign the required Certification Under Penalty of Perjury Form. A separate form is attached for your signature.

# CERTIFICATION UNDER PENALTY OF PERJURY

### Please read carefully. Sign and date in the spaces indicated.

With knowledge of the penalties for false statements provided by Title 18 § 1001 of the United States Code ($250,000 fine and/or five years imprisonment) and with knowledge that this financial statement is submitted by me to affect action by the United States Department of Justice, I certify that the above disclosure statement is true and correct, and is a complete statement of all my income and assets, real and personal, whether held in my name or by any other. The United States Department of Justice or its agents may verify any information provided in the above disclosure statement by any means, including but not limited to, confirmation with any third parties.

My permission for such verification and the information set forth in the above disclosure statement are provided by me knowingly, deliberately, and voluntarily without duress, compulsion, or misconduct by the United States or any person.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

**EXECUTED ON THIS**_____**DAY OF**_____**(MONTH),**_____**(YEAR),**

**AT**_____**(CITY/STATE).**


_____

**SIGNATURE/DEBTOR**


_____

**PRINTED NAME/DEBTOR**

**If you were assisted by someone in filling out this financial statement, please state name and relationship, and have the person sign below.**


_____    _____

**SIGNATURE**                  **RELATIONSHIP**


_____    _____

**PRINTED NAME**               **DATE**

# Tax Return Release Form

If you cannot provide copies of your tax returns for the last three years, you must fill out, sign, and submit the attached Form 8821 release to permit the United States to obtain your returns directly from the IRS.

# Instructions for Form 8821


Department of the Treasury
**Internal Revenue Service**

## (Rev. January 2018)

### Tax Information Authorization

Section references are to the Internal Revenue Code unless otherwise noted.

## General Instructions

### Future Developments

For the latest information about developments related to Form 8821 and its instructions, such as legislation enacted after they were published, go to *IRS.gov/ Form8821*.

### What's New

**Intermediate Service Providers.** A checkbox has been added to line 3 to allow the taxpayer to authorize the designated appointee(s) to access the taxpayer's IRS records via an Intermediate Service Provider. See *Authority to access electronic IRS records via Intermediate Service Providers*, later, for more information.

**Partnership representatives.** For partnership tax years beginning after December 31, 2017, the Bipartisan Budget Act of 2015 has eliminated the role "Tax Matters Partner" and replaced it with "Partnership Representative." See *Partnership representative*, later, for more information.

**Authentication Alert.** When an appointee with a Tax Information Authorization calls the IRS on your behalf, they must pass authentication procedures prior to the IRS speaking to them about your tax information.

## Purpose of Form

Form 8821 authorizes any individual, corporation, firm, organization, or partnership you designate to inspect and/or receive your confidential information verbally or in writing for the type of tax and the years or periods you list on Form 8821. Form 8821 is also used to delete or revoke prior tax information authorizations. See the instructions for line 6, later.

You may file your own tax information authorization without using Form 8821, but it must include all the information that is requested on Form 8821.

Form 8821 doesn't authorize your appointee to speak on your behalf; to execute a request to allow disclosure of return or return information to another third party; to advocate your position with respect to federal tax laws; to execute waivers, consents, closing agreements; or represent you in any other manner before the IRS. Use Form 2848, Power of Attorney and Declaration of Representative, to authorize an individual to represent you before the IRS. The appointee may not substitute another party as your authorized designee.

Authorizations listed on prior Forms 8821 are automatically revoked unless you attach copies of your prior Forms 8821 to your new submissions.


*Your appointee is never allowed to endorse or negotiate a taxpayer's refund check or receive a taxpayer's refund via direct deposit.*

**Need a copy of tax return information?** Go to *IRS.gov/ Transcripts* and click on either "Get Transcript Online" or

## Where To File Chart

| IF you live in... | THEN use this address... | Fax number* |
|---|---|---|
| Alabama, Arkansas, Connecticut, Delaware, District of Columbia, Florida, Georgia, Illinois, Indiana, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Mississippi, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, or West Virginia | Internal Revenue Service Memphis Accounts Management Center 5333 Getwell Road, Stop 8423 Memphis, TN 38118 | 855-214-7519 |
| Alaska, Arizona, California, Colorado, Hawaii, Idaho, Iowa, Kansas, Minnesota, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wisconsin, or Wyoming | Internal Revenue Service 1973 Rulon White Blvd., MS 6737 Ogden, UT 84201 | 855-214-7522 |
| All APO and FPO addresses, American Samoa, nonpermanent residents of Guam or the U.S. Virgin Islands**, Puerto Rico (or if excluding income under Internal Revenue Code section 933), a foreign country: U.S. citizens and those filing Form 2555, 2555-EZ, or 4563. | Internal Revenue Service International CAF Team 2970 Market Street MS 4-H14.123 Philadelphia, PA 19104 | 855-772-3156  304-707-9785 (Outside the United States) |

\* These numbers may change without notice. For updates, go to *IRS.gov/Form8821* and search under "Recent Developments."

\*\*Permanent residents of Guam should use Guam Department of Revenue and Taxation, P.O. Box 23607, GMF, GU 96921; permanent residents of the U.S. Virgin Islands should use V.I. Bureau of Internal Revenue, 6115 Estate Smith Bay, Suite 225, St. Thomas, V.I. 00802.

"Get Transcript by Mail" to order a copy of your transcript. IRS transcripts of your tax return are often used instead of a copy of the actual tax return to validate income and tax filing status for mortgage applications, student and small business loan applications, and during tax preparation.

You may also request transcript information by mail by completing Form 4506-T, Request for Transcript of Tax Return, or Form 4506T-EZ, Short Form Request for Individual Tax Return Transcript. Alternatively, you may call 1-800-908-9946 to order a transcript over the phone.

If you want a photocopy of an original tax return, use Form 4506, Request for Copy of Tax Return. There is a fee for each return ordered, which must be paid with your request.

When a properly executed Form 8821 is on file with the IRS, your appointee can also get online tax information through *IRS.gov/eServices*.

**Form 56.** Use Form 56, Notice Concerning Fiduciary Relationship, to notify the IRS of the existence of a fiduciary relationship. A fiduciary (trustee, executor, administrator, receiver, or guardian) stands in the position of a taxpayer and acts as the taxpayer, not as a representative. A fiduciary may authorize an individual to represent or perform certain acts on behalf of the person or entity by filing a power of attorney that names the eligible individual(s) as representative(s) for the person or entity. Because the fiduciary stands in the position of the person or entity, the fiduciary must sign the power of attorney on behalf of the person or entity.

## When To File

If you are submitting Form 8821 to authorize disclosure of your confidential tax information for a purpose other than addressing or resolving a tax matter with the IRS (for example, for income verification required by a lender), the IRS must receive the Form 8821 within 120 days of the taxpayer's signature date on the form. This 120-day requirement doesn't apply to a Form 8821 submitted to authorize disclosure for the purpose of assistance with a tax matter with the IRS.

## Where To File

If you check the box on line 4, mail or fax Form 8821 to the IRS office handling the specific matter. Otherwise, mail or fax Form 8821 directly to the IRS address according to the *Where To File Chart*.

## Taxpayer Identification Number (TIN)

A TIN is used to confirm the identity of a taxpayer and identify the taxpayer's return and return information. It is important that you furnish your correct name, social security number (SSN), individual taxpayer identification number (ITIN), and/or employer identification number (EIN).

## Partnership Items

**Tax matters partner.** For partnership tax years beginning prior to January 1, 2018, a tax matters partner is authorized to perform certain acts on behalf of an affected partnership. Rules governing the use of Form 8821 don't replace any provisions of law concerning the tax treatment of partnership items.

**Partnership representative.** For partnership tax years beginning after December 31, 2017, unless the partnership is an eligible partnership that has elected out of the centralized partnership audit regime, the partnership is required to designate a partnership representative. The partnership representative (as defined in section 6223(a)) has the sole authority to act on behalf of the partnership under the centralized partnership audit regime. The partnership representative doesn't have to be a partner; however, his actions will bind the partnership and all partners of such partnership in dealings with the IRS under the centralized partnership audit regime.

## Appointee Address Change

If your appointee's address changes, a new Form 8821 isn't required. The appointee can provide the IRS with the new information by sending written notification of the new address to the location where the Form 8821 was filed. Your appointee must sign and date the written notice of address change.

# Specific Instructions

## Line 1. Taxpayer Information

**Individual.** Enter your name, TIN, and your street address in the space provided. Don't enter your appointee's name or address information in the Taxpayer information box. If a return is a joint return, the appointee(s) identified will only be authorized for you. Your spouse, or former spouse, must submit a separate Form 8821 to designate an appointee.

**Corporation, partnership, or association.** Enter the name, EIN, and business address.

**Employee plan or exempt organization.** Enter the name, address, and EIN or SSN of the plan sponsor/plan name, exempt organization or bond issuer. Enter the three-digit plan number when applicable. If you are the plan's trustee and you are authorizing the IRS to disclose the tax information of the plan's trust, see the instructions relating to the trust.

**Trust.** Enter the name, title, and address of the trustee, and the name and EIN of the trust.

**Estate.** Enter the name and address of the estate. If the estate doesn't have a separate identification number, enter the decedent's SSN or ITIN.

## Line 2. Appointee

Enter your appointee's full name. Use the identical full name on all submissions and correspondence. Enter the nine-digit CAF number for each appointee. If an appointee has a CAF number for any previously filed Form 8821 or power of attorney (Form 2848), use that number. If a CAF number has not been assigned, enter "NONE," and the IRS will issue one directly to your appointee. The IRS doesn't assign CAF numbers to requests for employee plans and exempt organizations.

If you want to name more than one appointee, check the box on line 2, and attach a list of appointees to Form 8821. Provide the address, and requested numbers for each appointee named.

If Form 8821 is being submitted for the sole purpose of updating the appointee's address or telephone/fax number, check the applicable box.

## Line 3. Tax Information

**Authority to access electronic IRS records via Intermediate Service Providers.** Your appointee is not authorized to use an Intermediate Service Provider to retrieve your confidential tax information indirectly from the IRS **unless you check the box on line 3.** If you don't authorize the use of an Intermediate Service Provider, your appointee can obtain your tax information directly from the IRS by using the IRS e-Services Transcript Delivery System.

Intermediate Service Providers are privately owned companies that offer subscriptions to their software and/or services that your authorized appointee can use to retrieve, store, and display your tax return data (personal or business) instead of obtaining your tax information directly from the IRS through the IRS e-Services Transcript Delivery System. Intermediate Service Providers are independent of, and not affiliated in any way with, the IRS, and the IRS has no involvement in your appointee's **choice** to obtain your tax information directly from the IRS or use an Intermediate Service Provider to indirectly obtain your tax information from the IRS.

**Columns (a)–(c).** Enter the type of tax information, the tax form number, the years or periods, and the specific matter. For example, you may list "Income, 1040" for calendar year "2017" and "Excise, 720" for "2017" (this covers all quarters in 2017).

For multiple years or a series of inclusive periods, including quarterly periods, you may enter, for example, "2015 thru 2017" or "2nd 2016-3rd 2017." For fiscal years, enter the ending year and month, using the YYYYMM format.

Don't use a general reference such as "All years," "All periods," or "All taxes." Any tax information authorization with a general reference will be returned.

You may list the current year/period and any tax years or periods that have already ended as of the date you sign the tax information authorization. You may also list future tax years or periods. **However, the IRS will not record on the CAF system future tax years or periods listed that exceed 3 years from December 31 of the year that the IRS receives the tax information authorization.**

 **Centralized Partnership Audit Regime.** *Partnerships under the centralized partnership audit regime are required to designate a partnership representative for each tax year, therefore, it is recommended that a separate Form 8821 be completed for each tax year.*

**Note.** *A Form 8821 for a future year **will not be allowed** since a PR would not have been designated yet in a filed Form 1065.*

You must enter the description of the matter, the tax form number, and the future year(s) or period(s). If the matter relates to estate tax, enter the date of the decedent's death instead of the year or period. If the

matter relates to an employee plan, include the plan number in the description of the matter.

If you appoint someone only with respect to a penalty and interest due on that penalty, enter "civil penalty" in column (a), and if applicable, enter the tax year(s) for the penalty. Enter "NA" (not applicable) in column (b). You don't have to enter the specific penalty.

If the taxpayer is subject to penalties related to an individual retirement account (IRA) enter "IRA civil penalty" in column (a).

**Note.** If Form W-2 is listed on line 3, then the appointee is entitled to receive taxpayer notices regarding any civil penalties and payments related to that Form W-2. A Form 8821 that lists a particular tax return will also entitle the appointee to receive the taxpayer notices regarding any return-related civil penalties and payments. For example, if Form 1040 is listed, the appointee is entitled to receive taxpayer notices regarding the section 5000A individual shared responsibility payment. Specific reference to those penalties and payments isn't required. However, any civil penalty or healthcare-related payment that isn't return-related, such as the section 4980H employer shared responsibility payment, the annual fee for branded prescription drug sales under section 9008 of the Affordable Care Act (ACA), or health insurance provider fee under section 9010 of the ACA, isn't covered by the Form 8821 unless column (a) references "civil penalties" or the name of a specific penalty or payment.

**Column (d).** Enter any specific information you want the IRS to provide. Examples of column (d) information: lien information, balance due amount, a specific tax schedule, section 4980H employer shared responsibility payment information, or a tax liability.

Enter "not applicable" in column (d) if you are not limiting your appointee's authority to inspect and/or receive all confidential tax information described in columns (a), (b), and (c).

For requests regarding Form 8802, Application for United States Residency Certification, enter "Form 8802" in column (d) and check the specific box on line 4. Also, enter the appointee's information as instructed on Form 8802.

## Line 4. Specific Use Not Recorded on CAF

Generally, the IRS records all tax information authorizations on the CAF system. However, authorizations relating to certain issues aren't recorded. Check the box on line 4 if Form 8821 is being submitted for a specific use that the IRS will not record on the CAF. Examples of specific uses not recorded include but are not limited to the following.

1. Requests to disclose information to loan companies or educational institutions.

2. Requests to disclose information to federal or state agency investigators for background checks.

3. Requests for information regarding the following forms:

a. Form SS-4, Application for Employer Identification Number;

b. Form W-2 Series;

c. Form W-4, Employee's Withholding Allowance Certificate;

d. Form W-7, Application for IRS Individual Taxpayer Identification Number;

e. Form 843, Claim for Refund and Request for Abatement;

f. Form 966, Corporate Dissolution or Liquidation;

g. Form 1096, Annual Summary and Transmittal of U.S. Information Returns;

h. Form 1098, Mortgage Interest Statement;

i. Form 1099 Series;

j. Form 1128, Application To Adopt, Change, or Retain a Tax Year;

k. Form 2553, Election by a Small Business Corporation; or

l. Form 4361, Application for Exemption From Self-Employment Tax for Use by Ministers, Members of Religious Orders and Christian Science Practitioners.

If you check the box on line 4, your appointee should mail or fax Form 8821 to the IRS office handling the matter. Otherwise, your appointee should bring a copy of Form 8821 to each appointment to inspect or receive information. A specific-use tax information authorization will not revoke any prior tax information authorizations.

## Line 5. Disclosure of Tax Information

The IRS will send copies of notices and communications to no more than two appointees. If you check the box for line 5a and the IRS has a prior Form 2848 or 8821 from you that authorized other appointees to receive copies of notices and communications for the same tax and tax years, the IRS will stop sending notices and communications to the appointees designated on the prior Form 2848 or 8821.

## Line 6. Retention/Revocation of Prior Tax Information Authorizations

If the line 4 box is checked, skip line 6. If line 4 isn't checked, the IRS will automatically revoke all prior tax information authorizations on file unless you instruct otherwise. If you don't want a prior tax information authorization submission to be revoked, you must attach a copy of the tax information authorization that you want to retain and check the line 6 box.

**Revocation request.** If you want to revoke a prior tax information authorization without submitting a new authorization, write "REVOKE" across the top of the particular authorization that you want to revoke. Provide a current taxpayer signature and date under the original signature that was provided on line 7.

If you don't have a copy of the tax information authorization you want to revoke, send a notification to the IRS. In the notification:

1. State that the authority of the appointee is revoked,

2. List the name and address of each appointee whose authority is being revoked,

3. List the tax matters and tax periods, and

4. Sign and date the notification.

If you are completely revoking the authority of the appointee, state "revoke all years/periods" instead of listing the specific tax matters, years, or periods.

To revoke a specific use tax information authorization, send the tax information authorization or notification of revocation to the IRS office handling your case, using the above instructions.

## Line 7. Signature of Taxpayer

**Individual.** You must sign and date the authorization. If a joint return has been filed, your spouse must execute his or her own authorization on a separate Form 8821 to designate an appointee.

**Corporation.** Generally, Form 8821 can be signed by:

1. An officer having authority under applicable state law to bind the corporation,

2. Any person designated by the board of directors or other governing body,

3. Any officer or employee on written request by any principal officer and attested to by the secretary or other officer, and

4. Any other person authorized to access information under section 6103(e)(1)(D), except for a person described in section 6103(e)(1)(D)(iii) (bona fide shareholders of record owning 1% or more of the outstanding stock of the corporation).

**Partnership.** Generally, Form 8821 can be signed by any person who was a member of the partnership during any part of the tax period covered by Form 8821. See *Partnership Items*, earlier. If the Form 8821 covers more than one tax year or tax period, the person must have been a member of the partnership for all or part of each tax year or period covered by Form 8821.

If the Form 8821 covers matters under the centralized partnership audit regime, Form 8821 can be signed by the partnership representative.

 *For partnership tax years beginning after December 31, 2017, the Bipartisan Budget Act of 2015, which repealed the TEFRA partnership audit and litigation procedures and the rules applicable to electing large partnerships and replaced them with a new centralized partnership audit regime, has eliminated the role of "tax matters partner" and replaced it with "partnership representative." Pursuant to Treasury Regulation section 301.9100-22T, a partnership can elect to have the new regime apply to partnership returns for tax years beginning after November 2, 2015, and before January 1, 2018.*

**Employee plan.** If the plan is listed as the taxpayer on line 1, a duly authorized individual having authority to bind the taxpayer must sign and that individual's exact title must be entered.

**Trust.** A trustee having the authority to bind the trust must sign with the title of trustee entered. If the trust hasn't previously submitted a completed Form 56, Notice Concerning Fiduciary Relationship, identifying the current trustee, the trust must submit a Form 56 to identify the current trustee.

**Estate.** An executor having the authority to bind the estate must sign. A Form 56 should be filed to identify the executor. If there is more than one executor, only one co-executor having the authority to bind the estate is required to sign. See Regulations section 601.503(d).

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

## Privacy Act and Paperwork Reduction Act Notice

We ask for the information on this form to carry out the Internal Revenue laws of the United States. Form 8821 authorizes the IRS to disclose your confidential tax information to the person you appoint. This form is provided for your convenience and its use is voluntary. The information is used by the IRS to determine what confidential tax information your appointee can inspect and/or receive. Section 6103(c) and its regulations require you to provide this information if you want to designate an appointee to inspect and/or receive your confidential tax information. Under section 6109, you must disclose your identification number. If you don't provide all the information requested on this form, we may not be able to honor the authorization. Providing false or fraudulent information may subject you to penalties.

We may disclose this information to the Department of Justice for civil or criminal litigation, and to cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You aren't required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law.

The time needed to complete and file this form will vary depending on individual circumstances. The estimated average time is: **Recordkeeping,** 6 min.; **Learning about the law or the form,** 12 min.; **Preparing the form,** 24 min.; **Copying and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 8821 simpler, we would be happy to hear from you. You can send your comments from *IRS.gov/FormComments*. Or you can send your comments to the Internal Revenue Service, Tax Forms and Publications, 1111 Constitution Ave. NW, IR-6526, Washington, DC 20224. **Don't** send Form 8821 to this office. Instead, see the *Where To File Chart*.

Form **8821**

(Rev. March 2015)

Department of the Treasury
Internal Revenue Service

# Tax Information Authorization

▶ Information about Form 8821 and its instructions is at *www.irs.gov/form8821.*

▶ **Do not sign this form unless all applicable lines have been completed.**
▶ **Do not use Form 8821 to request copies of your tax returns
or to authorize someone to represent you.**

OMB No. 1545-1165

For IRS Use Only

Received by:

Name _____

Telephone _____

Function _____

Date _____

**1  Taxpayer information.** Taxpayer must sign and date this form on line 7.

| Taxpayer name and address | Taxpayer identification number(s) |
|---|---|
| | Daytime telephone number | Plan number (if applicable) |

**2  Appointee.** If you wish to name more than one appointee, attach a list to this form. **Check here if a list of additional
appointees is attached** ▶ ☐

Name and address

**Indira J. Cameron-Banks**
**Assistant United States Attorney | Chief, Financial Litigation Section**
**U.S. Attorney's Office | 300 Los Angeles St., Los Angeles, CA 90012**

CAF No. _____

PTIN _____

Telephone No. _____ 213-894-2442

Fax No. _____ 213-894-5900

Check if new: Address ☐  Telephone No. ☐  Fax No. ☐

**3  Tax Information.** Appointee is authorized to inspect and/or receive confidential tax information for the type of tax, forms,
periods, and specific matters you list below. See the line 3 instructions.

| (a)<br>Type of Tax Information (Income,<br>Employment, Payroll, Excise, Estate, Gift,<br>Civil Penalty, Sec. 4980H Payments, etc.) | (b)<br>Tax Form Number<br>(1040, 941, 720, etc.) | (c)<br>Year(s) or Period(s) | (d)<br>Specific Tax Matters |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**4  Specific use not recorded on Centralized Authorization File (CAF).** If the tax information authorization is for a specific
use not recorded on CAF, check this box. See the instructions. If you check this box, skip lines 5 and 6 . . . . . . . ▶ ☐

**5  Disclosure of tax information** (you **must** check a box on line 5a or 5b unless the box on line 4 is checked):

**a** If you want copies of tax information, notices, and other written communications sent to the appointee on an ongoing
basis, check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**Note.** Appointees will no longer receive forms, publications, and other related materials with the notices.

**b** If you do not want any copies of notices or communications sent to your appointee, check this box . . . . . . . ▶ ☐

**6  Retention/revocation of prior tax information authorizations.** If the line 4 box is checked, skip this line. If the line 4 box
is not checked, the IRS will automatically revoke all prior Tax Information Authorizations on file unless you check the line 6
box and attach a copy of the Tax Information Authorization(s) that you want to retain. . . . . . . . . . . . ▶ ☐

To revoke a prior tax information authorization(s) without submitting a new authorization, see the line 6 instructions.

**7  Signature of taxpayer.** If signed by a corporate officer, partner, guardian, executor, receiver, administrator, trustee, or
party other than the taxpayer, I certify that I have the authority to execute this form with respect to the tax matters and tax
periods shown on line 3 above.

▶ **IF NOT COMPLETE, SIGNED, AND DATED, THIS TAX INFORMATION AUTHORIZATION WILL BE RETURNED.**

▶ **DO NOT SIGN THIS FORM IF IT IS BLANK OR INCOMPLETE.**

| Signature | Date |
|---|---|
| Print Name | Title (if applicable) |

For Privacy Act and Paperwork Reduction Act Notice, see instructions.     Cat. No. 11596P     Form **8821** (Rev. 3-2015)



# JFICS
# Case Report
# Control Number : 202002757

## *Sensitive But Unclassified*

**Case Information**

|  |  |
|---|---|
| **Date Submitted:** | 03/12/2020 |
| **Case Name:** | Lula Marie Aukerman v. Carolyn W. Colvin |
| **Docket Number:** | EDCV 14-01652 JPR |
| **Case Under Seal:** | N |
| **Structured Settlement:** | N |
| **Government Pursued Unsuccessful Appeal:** | N |
| **Jurisdiction:** | U.S. District Court |
| **USDC:** | California - Central |
| **Citation Code:** | 28-USC-2412(a) |
| **Case Type:** | Costs Per 28 Usc 1920 |
| **Total Award:** | $400.00 |
| **Brief description of facts giving rise to case:** | Social Security Disability Case. |
| **Reimbursement Type:** | None |
|  | *(CDA, No FEAR)* |

**Claimant Number: 1**

|  |  |
|---|---|
| **Claimant Type:** | Claimant's Attorney |
|  | *(Claimant, Claimant's Attorney, or Claimant Agency)* |
| **Payee:** | Y |
| **Party Entitled to Payment:** | N |
| **Company Name (if applicable):** | Law Offices of Jane W. Cervantes |
| **Insurance Company:** | N |
| **First Name:** | Jane |
| **MI:** | W |
| **Last Name:** | Cervantes   **Suffix:** ESQ |

**Claimant Number: 2**

|  |  |
|---|---|
| **Claimant Type:** | Claimant |
|  | *(Claimant, Claimant's Attorney, or Claimant Agency)* |
| **Payee:** | N |
| **Party Entitled to Payment:** | Y |
| **Insurance Company:** | N |
| **First Name:** | Lula |

**MI:** M
**Last Name:** Aukerman
**SSN/EIN** 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
*(Required if Party Entitled to Payment is 'Yes'):*

**Agency Number: 1**

**Agency Name:** Social Security Administration
**Agency File Number:** EDCV 14-01652 JPR
**Agency Location State:** CA
**Agency Type:** Responsible
(Submitting, Responsible, and/or Reimbursing.
If Reimbursing, 'Contact Person' information is required.)

### Contact Person

**First Name:** Thomas
**Last Name:** Yip
**Phone Number:** (415) 977-8902
**Email:** thomas.yip@ssa.gov
**Street:** 160 Spear Street
Suite 800
**City:** San Francisco
**State:** CA
**Zip Code:** 94105
**Country:** United States of America

**Agency Number: 2**

**Agency Name:** Department of Justice
**Agency File Number:** USAO #2014V02116
**Agency Location State:** CA
**Agency Type:** Submitting
(Submitting, Responsible, and/or Reimbursing.
If Reimbursing, 'Contact Person' information is required.)

### Submitting Agency Approval Official

**Name:** Lillian Arratia
**Title:** Supervisory Legal Assistant
**Phone Number:** (213) 894-2710  **Ext:**

### Contact Person

**First Name:** Cedina
**MI:** M
**Last Name:** Kim
**Phone Number:** (213) 894-2446
**Email:** cedina.kim@usdoj.gov
**Street:** 300 N. Los Angeles Street

Suite 7516
**City:** Los Angeles
**State:** CA
**Zip Code:** 90012
**Country:** United States of America

**Payment Number: 1**

**Party Entitled to Payment:** Lula M Aukerman

**SSN/EIN:** 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
**Case Type:** Costs Per 28 Usc 1920

**Costs:** $400.00
**Total Amount:** $400.00
**BETC:** DISB

**Citation Code:** 28-USC-2412(a) Costs Per 28 USC 1920
**Appropriation Code:** 20X1741

## Payment Method

**Check:**

**Payee Name:** Law Offices of Jane W. Cervantes
Re: Lula Marie Aukerman
**Street:** 212 Yale Avenue
**City:** Claremont
**State:** CA
**Zip Code:** 91711
**Country:** United States of America

**Acceptance by Claimants:**

**NOTE: For use ONLY where the settlement is (i) for cash, (ii) in an amount that does not exceed $200,000, and (iii) a court order approving the settlement is not warranted. For all other situations, a final judgment or a standard Department of Justice *Stipulation For Compromise Settlement And Release* must be submitted.**

Each claimant/plaintiff and his/her guardians, heirs, executors, administrators, and assigns agree to and do accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, survival, or wrongful death, arising from any and all known or unknown, foreseen or unforeseen bodily injuries, personal injuries, death, or damage to property, which they may have or hereafter acquire against the United States of America, its agents, servants, or employees, on account of the subject matter of the administrative claim or suit, or that relate or pertain to or arise from, directly or indirectly, the subject matter of the administrative claim or suit. Each claimant/plaintiff and his/her guardians, heirs, executors, administrators, and assigns further agree to reimburse, indemnify, and hold harmless the United States of America, its agents, servants, and employees, from and against any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation claims for subrogation, indemnity, contribution, or lien of any kind, or for fees, costs, expenses, survival or wrongful death that relate or pertain to or arise from, directly or indirectly, any act or omission that relates to the subject matter of the administrative claim or suit.

**(SIGN ORIGINAL ONLY)**

Date: _____     _____

                                                  _____

                                                  (Claimant(s) sign above)

---

**AGENCY APPROVING OFFICIAL:** This claim has been fully examined in accordance with Statutory Citation

_____ and approved in the amount of $_____.

         Authorized Signature: _____

         Title: _____

         Date: _____

---

| Save as Word File | Print | Close |
|---|---|---|

**Confirmation**

Control Number: 202002757

Date of Submission: 03/12/2020

Your case has been electronically submitted to the Judgment Fund Branch. Please allow 4 weeks for processing and payment. You can check the status of this claim using your JFICS Homepage.